1  MARCIE ISOM FITZSIMMONS  (SBN:  226906)
   Misom@gordonrees.com
2  ROSE-ELLEN H. FAIRGRIEVE (SBN: 181257)
   rfairgrieve@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone:  (415) 986-5900
5  Facsimile:  (415) 986-8054

6  Attorneys for Defendant
   JOHN MUIR HEALTH
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES ex. rel. PAMELA KELLY ) | CASE NO.  C13-1924 SC
   | f/k/a/ PAMELA K. LINDERSMITH;       )
12 | PAMELA KELLY f/k/a/ PAMELA K.        )  | MODIFIED
   | LINDERSMITH, an individual;          )  | [~~PROPOSED~~]
13 |                                      )
   |                         Plaintiffs,  )  | ORDER GRANTING STIPULATED
14 |                                      )  | MOTION FOR ADMINISTRATIVE
   |                                      )  | RELIEF TO CONTINUE INITIAL CASE
15 |         vs.                          )  | MANAGEMENT CONFERENCE
   |                                      )
16 | JOHN MUIR HEALTH, a corporation; BAY )  | Local Rules 7-11 and 16-2(d)
   | AREA THERAPEUTIC RADIOLOGY &         )
17 | ONCOLOGY ASSOCIATES MEDICAL          )
   | GROUP, INC., a corporation, and DOES 1-25, )
18 |                                      )
   |                         Defendants.  )
19 |                                      )

20        The Court, having considered the Parties Stipulated Motion for Administrative Relief to

21 Continue the Case Management Conference, pursuant to Northern District Local Rules 7-11 and

22 16-2(d), hereby orders as follows:

23        **IT IS HEREBY ORDERED** that the motion is GRANTED.  The Initial Case

24 Management Conference currently set for September 11, 2015 at 10:00 a.m. is continued to
   November 20, 2015
25 ~~October 23, 2015~~, at 10:00 a.m.

26

27 Dated:  August 28, 2015

                                              SAMUEL
28                                            UNITED STATES DISTRICT JUDGE

[Seal: IT IS SO ORDERED AS MODIFIED / Judge Samuel Conti]

-1-