AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

___NORTHERN___ District of ___CALIFORNIA___

UNITED STATES ex rel. PAMELA KELLY, et al.
        Plaintiff (s),

V.

JOHN MUIR HEALTH, a corporation, et al.
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-cv-01924 SC

Notice is hereby given that, subject to approval by the court, ___BAY AREA THERAPEUTIC RAD.___ substitutes
               (Party (s) Name)

___JOHN POULOS___, State Bar No. ___154689___ as counsel of record in
(Name of New Attorney)

place of ___JAMES MAXWELL COOPER___
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:    Lewis Brisbois Bisgaard & Smith LLP
 Address:     333 Bush Street, San Francisco, California, 94104
 Telephone:    (415) 362-2580     Facsimile (415) 434-0882
 E-Mail (Optional):  John.Poulos@lewisbrisbois.com

I consent to the above substitution.
Date:   8/4/2015             *Michael Levine*
                   (Signature of Party (s))

I consent to being substituted.
Date:   8/4/2015
                   (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   8/4/2015
                   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  09/21/2015
                   Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]