UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>JOHN MUIR HEALTH, et al.,<br><br>        Defendants. | Case No. 13-cv-01924-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 19, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: August 26, 2016.

DESIGNATION OF EXPERTS: 9/16/16; REBUTTAL: 10/3/16;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: October 28, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by; November 10, 2016;
    Opp. Due: November 28, 2016; Reply Due: December 5, 2016;
    and set for hearing no later than December 16, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 17, 2017 at 3:30 PM.
(pretrial documents/motions in limine due: 1/9/17, oppositions due 1/12/17, replies due 1/16/17 - by noon)

JURY TRIAL DATE: January 30, 2017 at 8:30 AM.
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties will participate in private mediation on 1/13/16 with Bonnie Sabraw.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 11/23/15

_____
SUSAN ILLSTON
United States District Judge