UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN MUIR HEALTH, et al.,<br><br>    Defendants. | Case No.   13-cv-01924-SI   (SK)<br><br>**NOTICE OF TELEPHONIC SCHEDULING CONFERENCE FOR SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Court will hold a telephonic Scheduling Conference in preparation for the Settlement Conference on **August 9, 2016 at 11:00 AM**. Counsel shall set up the call and email the Court at skcrd@cand.uscourts.gov with the dial-in information by August 5, 2016. If the parties are unable to participate in the telephonic scheduling conference on the date selected by the Court, the parties shall meet and confer and provide three mutually agreed upon dates and times at which they will be available.

**IT IS SO ORDERED.**

Dated: August 2, 2016

_____
SALLIE KIM
United States Magistrate Judge