UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN MUIR HEALTH, et al.,<br><br>    Defendants. | Case No. 13-cv-01924-SI   (JCS)<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 78 |

Good cause showing, Plaintiff-Relator's administrative motion to file under seal (dkt. 78) is GRANTED. In addition to the material that Plaintiff-Relator has redacted and requested to seal, however, the Court notes that the first page of the document at issue also contains Plaintiff-Relator's unredacted social security number,[1] and a taxpayer identification number that appears to correspond to a non-party individual. Such identifying information is protected by Rule 5.2(a) of the Federal Rules of Civil Procedure. The Court has therefore sealed docket entries 76-4 and 78-3 sua sponte. Plaintiff-Relator is instructed to file a revised redacted version of that document, with the above mentioned identification numbers redacted,[2] **no later than September 1, 2016**. If Plaintiff-Relator fails to do so, the Court will not consider the document at issue.

**IT IS SO ORDERED.**

Dated: August 25, 2016

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] Although Rule 5.2(h) of the Federal Rules of Civil Procedure provides that a person waives protection of his or her own identifying information by filing it without redaction, the Court, in an abundance of caution, grants Plaintiff-Relator an opportunity to redact her social security number if she wishes to do so.

[2] It is unclear whether the "TIN" included on the final two pages of the document is an individual's taxpayer identification number. If it is, that must be redacted as well.