| | |
|---|---|
| 1 | Robert L. Sallander Jr. (SBN 118352) |
| | rsallander@gpsllp.com |
| 2 | Kyle G. Kunst (SBN 279000) |
| | kkunst@gpsllp.com |
| 3 | GREENAN, PEFFER, SALLANDER & LALLY LLP |
| | 6111 Bollinger Canyon Road, Suite 500 |
| 4 | San Ramon, California 94583 |
| | Telephone: (925) 866-1000 |
| 5 | Facsimile: (925) 830-8787 |

Attorneys for Plaintiff/Relator
PAMELA COLOMBANA F/K/A
PAMELA K. LINDERSMITH
F/K/A PAMELA KELLY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES ex. rel. PAMELA KELLY f/k/a/ PAMELA K. LINDERSMITH; PAMELA KELLY f/k/a/ PAMELA K. LINDERSMITH, an individual,

　　　　Plaintiff,

　　vs.

JOHN MUIR HEALTH, a corporation, BAY AREA THERAPEUTIC RADIOLOGY & ONCOLOGY ASSOCIATES MEDICAL GROUP, INC., a corporation, and DOES 1-25,

　　　　Defendants.

Case No. 13-1924 SI

**STIPULATED DISMISSAL WITH PREJUDICE OF PLAINTIFF PAMELA COLOMBANA'S CLAIMS AGAINST JOHN MUIR HEALTH AND DOE DEFENDANTS.**

Greenan, Peffer, Sallander & Lally LLP

STIPULATED DISMISSAL OF JOHN MUIR HEALTH　　　　　CASE NO. 13-1924 SI

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties stipulate to the dismissal with prejudice of all claims of individual and relator Plaintiff Pamela Colombana against John Muir Health. The parties stipulate that the Court shall retain jurisdiction as set forth in the settlement agreement between the parties.

The parties further stipulate to the dismissal with prejudice of all claims of individual and relator Plaintiff Pamela Colombana against Does 1-25.

Each party subject to this dismissal shall bear its own costs and attorney's fees.

DATED: December 8, 2016  **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ John S. Poulos (*with permission*)
John S. Poulos
Timothy J. Nally
Attorneys for Defendant
BAY AREA THERAPEUTIC RADIOLOGY & ONCOLOGY ASSOCIATES MEDICAL GROUP, INC.

DATED: December 8, 2016  **GREENAN, PEFFER, SALLANDER & LALLY LLP**

By: /s/ Kyle G. Kunst
Robert L. Sallander , Jr.
Kyle G. Kunst
Attorneys for Plaintiff
PAMELA COLOMBANA

DATED: December 8, 2016  **GORDON & REES LLP**

By: /s/ Marcie Isom Fitzsimmons (*with permission*)
Marcie Isom Fitzsimmons
Rose-Ellen Heinz Fairgrieve
Attorneys for Defendant
JOHN MUIR HEALTH

DATED: December 8, 2016  **THE UNITED STATES OF AMERICA**

By: /s/Melanie L. Proctor (*with permission*)
Melanie L. Proctor
Assistant United States Attorney
Northern District of California

# [Proposed] ORDER

Finding good cause, pursuant to the parties' stipulation, the case is dismissed with prejudice against defendants John Muir Health and Does 1-25, though the Court shall retain jurisdiction over the matters specified in the parties' stipulation to dismiss.

The Clerk of the Court is **ORDERED** to close the file.

**IT IS SO ORDERED,**

Dated: _____

_____
The Honorable Susan Illston
United States District Court Judge
Northern District of California