```
 1  Robert L. Sallander Jr. (SBN 118352)
    rsallander@gpsllp.com
 2  Kyle G. Kunst (SBN 279000)
    kkunst@gpsllp.com
 3  GREENAN, PEFFER, SALLANDER & LALLY LLP
    6111 Bollinger Canyon Road, Suite 500
 4  San Ramon, California 94583
    Telephone: (925) 866-1000
 5  Facsimile: (925) 830-8787

 6  Attorneys for Plaintiff/Relator
    PAMELA COLOMBANA F/K/A
 7  PAMELA K. LINDERSMITH
    F/K/A PAMELA KELLY
 8
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex. rel. PAMELA KELLY f/k/a/ PAMELA K. LINDERSMITH; PAMELA KELLY f/k/a/ PAMELA K. LINDERSMITH, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOHN MUIR HEALTH, a corporation, BAY AREA THERAPEUTIC RADIOLOGY & ONCOLOGY ASSOCIATES MEDICAL GROUP, INC., a corporation, and DOES 1-25,<br><br>　　　　　Defendants. | Case No. 13-1924 SI<br><br>**STIPULATED DISMISSAL WITH PREJUDICE OF PLAINTIFF PAMELA COLOMBANA'S CLAIMS AGAINST JOHN MUIR HEALTH AND DOE DEFENDANTS.** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties stipulate to the
2  dismissal with prejudice of all claims of individual and relator Plaintiff Pamela Colombana
3  against John Muir Health. The parties stipulate that the Court shall retain jurisdiction as set forth
4  in the settlement agreement between the parties.

5  The parties further stipulate to the dismissal with prejudice of all claims of individual and
6  relator Plaintiff Pamela Colombana against Does 1-25.

7  Each party subject to this dismissal shall bear its own costs and attorney's fees.

9  DATED: December 8, 2016          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

12  By:  /s/ John S. Poulos (*with permission*)
        John S. Poulos
13      Timothy J. Nally
        Attorneys for Defendant
14      BAY AREA THERAPEUTIC RADIOLOGY &
        ONCOLOGY ASSOCIATES MEDICAL
15      GROUP, INC.

17  DATED: December 8, 2016          **GREENAN, PEFFER, SALLANDER & LALLY LLP**

19  By:  /s/ Kyle G. Kunst
20      Robert L. Sallander , Jr.
        Kyle G. Kunst
21      Attorneys for Plaintiff
22      PAMELA COLOMBANA

23  DATED: December 8, 2016          **GORDON & REES LLP**

26  By:  /s/ Marcie Isom Fitzsimmons (*with permission*)
        Marcie Isom Fitzsimmons
27      Rose-Ellen Heinz Fairgrieve
        Attorneys for Defendant
28      JOHN MUIR HEALTH

| | |
|---|---|
| DATED: December 8, 2016 | **THE UNITED STATES OF AMERICA** |
| | By:  /s/Melanie L. Proctor (*with permission*)<br>Melanie L. Proctor<br>Assistant United States Attorney<br>Northern District of California |

1 **[Proposed] ORDER**

2   Finding good cause, pursuant to the parties' stipulation, the case is dismissed with prejudice against defendants John Muir Health and Does 1-25, though the Court shall retain jurisdiction over the matters specified in the parties' stipulation to dismiss.

   The Clerk of the Court is **ORDERED** to close the file.

   **IT IS SO ORDERED,**

Dated: _____12/9/16_____

_____
The Honorable Susan Illston
United States District Court Judge
Northern District of California

Greenan,
Peffer,
Sallander &
Lally LLP

STIPULATED DISMISSAL OF JOHN MUIR HEALTH                    CASE NO. 13-1924 SI